Lynda T. Bui, Trustee
3550 Vine Street, Suite 210
Riverside, California  92507
Telephone:    (949) 340-3400
Facsimile:      (949) 340-3000
Email:           trustee.bui@shbllp.com

Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA, RIVERSIDE DIVISION

| | |
|---|---|
| In re<br><br>**PEGGY IRENE CLELLAND**<br>**aka Peggy Irene Casey, and**<br>**JOEL DOUGLAS CLELLAND**<br>**aka Joel Clelland,**<br><br>Debtors. | Case No.  6:17-bk-10928-WJ<br><br>Chapter 7<br><br>**DECLARATION OF YAO JUAN XU IN SUPPORT OF CHAPTER 7 TRUSTEE'S MOTION FOR ORDER:**<br><br>**(1) AUTHORIZING THE SHORT SALE OF REAL PROPERTY OF THE ESTATE FREE AND CLEAR OF LIENS PURSUANT TO BANKRUPTCY CODE §§ 363(b) AND 363(f);**<br><br>**(2) APPROVING PAYMENT OF REAL ESTATE COMMISSION; AND**<br><br>**(3) GRANTING RELATED RELIEF**<br><br>**Real Property located at:**<br>**1339 Alta Avenue, Upland, CA 91786**<br><br>**Hearing Date:**<br>Date:  January 8, 2019<br>Time:  1:00 pm<br>Place: Courtroom 304<br>          3420 Twelfth Street<br>          Riverside, CA 92501 |

## DECLARATION OF YAO JUAN XU

I, Yao Juan Xu, declare:

1. I am over the age of eighteen years old and if called upon as witness, I could and would competently testify to the following of my own personal knowledge, information and belief.

2. I am making this Declaration in connection with the bankruptcy case of *In re Peggy Irene Clelland and Joel Douglas Clelland* ("Debtors"), Case No. 6:17-bk-10928-WJ and in support of the *Motion for Order: (1) Authorizing the **Short Sale** of Real Property of the Estate Free and Clear of Liens Pursuant to Bankruptcy Code §§ 363(b) and 363(f); (2) Approving Payment of Real Estate Commission; and (3) Granting Related Relief* ("Sale Motion") filed by Lynda T. Bui, Chapter 7 Trustee ("Trustee") for the Debtors' bankruptcy estate ("Estate").

3. I have made an offer to purchase the Estate's interest in the real property located at 1339 Alta Avenue, Upland, CA 91786 ("Property") for $382,250.00.

4. I do not have a relationship with the Debtors and do not intend to have a relationship with the Debtors after the sale.

5. I have no association/relationship with the Trustee and do not intend to have a relationship with the Trustee after the sale.

6. The only consideration for the sale is the price being paid for the Property. There is no other consideration contemplated to be transferred to the Trustee on behalf of the Estate, the Debtors, or the Trustee as part of the sale.

7. I have not colluded with any other potential buyers for the purchase of the Property in an attempt to take unfair advantage of the others prospective buyers.

////

////

////

8. As such, I am requesting that the Court make a finding that I am a buyer in good faith pursuant to Bankruptcy Code Section 363(m).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on December 21, 2018, at Claremont, California.

_____
Yao Juan Xu

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: **100 Spectrum Center Drive, Suite 600, Irvine, California 92618**

A true and correct copy of the foregoing document entitled (*specify*): **DECLARATION OF YAO JUAN XU CHAPTER 7 TRUSTEE'S MOTION FOR ORDER: (1) AUTHORIZING THE SHORT SALE OF REAL PROPERTY OF THE ESTATE FREE AND CLEAR OF LIENS PURSUANT TO BANKRUPTCY CODE §§ 363(b) and 363(f); (2) APPROVING PAYMENT OF REAL ESTATE COMMISSION; AND (3) GRANTING RELATED RELIEF** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **December 26, 2018**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Lynda T. Bui (TR)**    trustee.bui@shbllp.com,   C115@ecfcbis.com *Chapter 7 Trustee*
- **Tyneia Merritt**    tye@mlawinc.com,   legal@mlawinc.com, *Attorney for Deutsche Bank National Trust Company, as Trustee, for IndyMac Home Equity Mortgage Loan Asset-backed Trust, Series 2006-H1*
- **Christina J O**    christinao@mclaw.org,   CACD_ECF@mclaw.org *Attorney for Lakeview Loan Servicing, LLC*
- **Valerie Smith**    claims@recoverycorp.com *NEF for Interested Party*
- **United States Trustee (RS)**    ustpregion16.rs.ecf@usdoj.gov *United States Trustee*
- **Julie J Villalobos**    julie@oaktreelaw.com,   oakecfmail@gmail.com,   villalobosjr51108@notify.bestcase.com *Attorney for the Debtors*

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) **December 26, 2018**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**Judge's Copy**
**Attn: Honorable Wayne E. Johnson, U.S. Bankruptcy Court, 3420 Twelfth Street, Suite 385, Riverside, CA 92501**

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **December 26, 2018**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**Via Email to Trustee's Broker and Selling Broker:**
BK Global Real Estate Services, Patrick Butler   pbutler@bkginc.com
Sentinel Real Estate & Investments, Attn Gregory Shipp, gregoryshipp@hotmail.com
Sentinel Real Estate & Investments, Attn JamesonShipp, jamesonshipp715@gmail.com

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| **December 26, 2018** | **Lorre Clapp** | **/s/ Lorre Clapp** |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012    **F 9013-3.1.PROOF.SERVICE**

## U.S. MAIL SERVICE LIST, CONTINUED

**Buyer: Yao Juan Xu, 4394 Hiwassee, Claremont, CA 91711**

**Secured Creditor:  MTC Financial dba Trustee Corps, Attn Marisol A. Nagata, Esq., General Counsel, 17100 Gillette Ave. Irvine, CA 92614**

**Secured Creditor: Specialized Loan Servicing LLC, Attn President or Manager, 8742 Lucent Blvd, Suite 300, Highlands Ranch, CO 80129**

**Tax Collector: San Bernardino County Treasurer/Tax Collector, 268 W.  Hospitality Lane, First Fl, San Bernardino, CA 924155**

## Creditors and Parties in Interest:

| | | |
|---|---|---|
| **DEBTORS**<br>PEGGY IRENE CLELLAND<br>JOEL DOUGLAS CLELLAND<br>1339 ALTA AVE<br>UPLAND, CA 91786-2812 | **UNITED STATES TRUSTEE**<br>UNITED STATES TRUSTEE (RS)<br>3801 UNIVERSITY AVENUE, SUITE 720<br>RIVERSIDE, CA 92501-3255 | **COURT MAIL LIST**<br>EMPLOYMENT DEVELOPMENT DEPT.<br>BANKRUPTCY GROUP MIC 92E<br>P.O. BOX 826880<br>SACRAMENTO, CA 94280-0001 |
| **COURT MAIL LIST**<br>FRANCHISE TAX BOARD<br>BANKRUPTCY SECTION MS: A-340<br>P.O. BOX 2952<br>SACRAMENTO, CA 95812-2952 | **COURT MAIL LIST**<br>HAHN FIFE & COMPANY<br>790 E COLORADO BLVD 9TH FL<br>PASADENA, CA 91101-2193 | **COURT MAIL LIST**<br>CAPITAL ONE<br>PO BOX 30285<br>SALT LAKE CITY UT 84130-0285 |
| **COURT MAIL LIST**<br>CAPITAL ONE<br>ATTN: BANKRUPTCY<br>PO BOX 30285<br>SALT LAKE CITY, UT 84130-0285 | **CLAIM FILED**<br>CAPITAL ONE BANK (USA), N.A.<br>PO BOX 71083<br>CHARLOTTE, NC  28272-1083 | **COURT MAIL LIST**<br>CENLAR<br>ATTN PRESIDENT OR MANAGER AGENT<br>P.O.BOX 77404<br>TRENTON, NJ 08628-6404 |
| **COURT MAIL LIST**<br>CREDIT ONE BANK NA<br>PO BOX 98872<br>LAS VEGAS, NV 89193-8872 | **COURT MAIL LIST**<br>CREDIT ONE BANK NA<br>PO BOX 98873<br>LAS VEGAS, NV 89193-8873 | **CLAIM FILED**<br>INTERNAL REVENUE SERVICE<br>P.O. BOX 7346<br>PHILADELPHIA, PA 19101-7346 |
| **COURT MAIL LIST**<br>LENDING CLUB CORP<br>71 STEVENSON PL. STE # 300<br>SAN FRANCISCO, CA 94105-2985 | **COURT MAIL LIST**<br>LENDING CLUB CORP<br>71 STEVENSON ST<br>SUITE 300<br>SAN FRANCISCO, CA 94105-2985 | **COURT MAIL LIST**<br>MID AMERICA BANK & TRU<br>5109 S BROADBAND LN<br>SIOUX FALLS, SD 57108-2208 |
| **COURT MAIL LIST**<br>NAVIENT<br>ATTN: CLAIMS DEPT<br>PO BOX 9500<br>WILKES-BARR, PA 18773-9500 | **COURT MAIL LIST**<br>NAVIENT<br>PO BOX 9500<br>WILKES BARRE, PA 18773-9500 | **COURT MAIL LIST**<br>OCWEN LOAN SEVICING LLC<br>1661 WORTHINGTON R<br>WEST PALM BEAC, FL 33409-6493 |
| **COURT MAIL LIST**<br>PRA RECEIVABLES MANAGEMENT, LLC<br>PO BOX 41021<br>NORFOLK, VA 23541-1021 | **CLAIM FILED**<br>PYOD, LLC ITS SUCCESSORS AND ASSIGNS AS ASSI<br>OF FNBM, LLC<br>RESURGENT CAPITAL SERVICES<br>PO BOX 19008<br>GREENVILLE, SC 29602-9008 | **COURT MAIL LIST**<br>POWER SALES UNIVERSITY<br>2901 WEST COAST HWY #200<br>NEWPORT BEACH, CA 92663-4045 |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                                                    **F 9013-3.1.PROOF.SERVICE**

| | | |
|---|---|---|
| **COURT MAIL LIST**<br>RISE CREDIT<br>PO BOX 101808<br>FORT WORTH, TX 76185-1808 | **COURT MAIL LIST**<br>SCHOOLS FIRST FCU<br>2115 N BROADWAY<br>SANTA ANA, CA 92706-2613 | **CLAIM FILED**<br>SCHOOLS FIRST FCU<br>PO BOX 11547<br>SANTA ANA, CA 92711-1547 |
| **COURT MAIL LIST**<br>SPECIALIZED LOAN SERVI<br>8742 LUCENT BLVD.#300<br>HIGHLANDS RANCH, CO 80129-2386 | **COURT MAIL LIST**<br>SPECIALIZED LOAN SERVI<br>ATTN: BANKRUPTCY<br>8742 LUCENT BLVD.  SUITE 300<br>HIGHLANDS RANCH, CO 80129-2386 | **COURT MAIL LIST**<br>TARGET<br>C/O FINANCIAL & RETAIL SERVICES<br>MAILSTOP BT PO BOX 9475<br>MINNEAPOLIS, MN 55440-9475 |
| **COURT MAIL LIST**<br>TARGET<br>PO BOX 673<br>MINNEAPOLIS, MN 55440-0673 | **CLAIM FILED**<br>VERIZON<br>BY AMERICAN INFOSOURCE LP AS AGENT<br>4515 N SANTA FE AVE<br>OKLAHOMA CITY, OK 73118-7901 | RETURNED MAIL |
| **NO ADDRESS**<br>**COURT MAIL LIST**<br>SCHOOLSFIRST FCU | **NO ADDRESS**<br>**COURT MAIL LIST**<br>CENLAR FSB | **NO ADDRESS**<br>**COURT MAIL LIST**<br>COURTESY NEF |
| **NO ADDRESS**<br>**COURT MAIL LIST**<br>DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRU | **NO ADDRESS**<br>**COURT MAIL LIST**<br>LAKEVIEW LOAN SERVICING, LLC, AND ITS SUCCES | **NOT APPLICABLE**<br>**COURT MAIL LIST**<br>RIVERSIDE DIVISION<br>3420 TWELFTH STREET,<br>RIVERSIDE, CA 92501-3819 |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**